Edward J. Shannahan, as Administrator, etc., of Morris C. Shannahan, Deceased, Appellant, v. Empire Engineering Corporation, Respondent.— Motion granted.

Mary Vermillia, Respondent, v. Seneca R. Stoddard, Appellant, Impleaded with Emily Stoddard, His Wife, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Ellen J. Wynn, Appellant, v. The Provident Life and Trust Company of Philadelphia, Penn., Respondent.— Judgment unanimously affirmed, with costs.